UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  RENEE FARIS
        LINDSAY FARIS                    CASE NO.: 3:16-bk-00 4578
        Debtor
_____/

## CHAPTER 13 PLAN

**CHECK ONE:**

__✓___ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

_____ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1. MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

(A)  $1779.30  for months _1_ through __60__
(B)  $_____  for months _____ through _____
(C)  $_____  for months _____ through _____

To pay the following creditors:

**2.    ADMINISTRATIVE ATTORNEY'S FEES.**

Base Fee $5000.00 - Total Paid Prepetition $255.00 = Balance Due $4745.00

Estimated Additional Fees Subject to Court Approval     $_____

Attorney's Fees Payable through Plan $200.00 Monthly (subject to adjustment)

**3.    PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|
| 9763 | Internal Revenue Service<br>400 W. Bay St. | $1109.10 |

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

|  | Attn Bankruptcy Dept<br>Jacksonville FL 32202 |  |
|---|---|---|

4. **TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Payment | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| 6756 | Select Portfolio Svc., Inc<br>Po Box 65250<br>Salt Lake City UT 84165 | 3777 Woodbriar Drive Orange Park, FL 32073 Clay County | $1066.19 |  | $2147.38 |
| 0013 | Sweetbriar HOA<br>c/o Robert L. Tankel PA<br>1022 Main St., Suite D<br>Dunedin FL 34698 | 3777 Woodbriar Drive Orange Park, FL 32073 Clay County |  |  | $2738.00 |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

2

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Payment Amt. |
|---|---|---|---|
|  |  |  |  |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 - Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral | Value | Interest @ ___ % | Pmt. |
|---|---|---|---|---|---|
| 8190 | Chase<br>Po Box 15298<br>Wilmington DE 19850 | 2009 Nissan Maxima | $9450.00 | 4% | $174.04 |
| 7994 | Wells Fargo Dealer Svcs.<br>P O Box 1697<br>Winterville NC 28590 | 2012 Nissan Sentra | $8750.00 | 4% | $161.14 |
|  |  |  |  |  |  |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral | Claim Amt. | Interest @ ___ % | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**(E) Claims Secured by Personal Property** – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.

| Last 4 Digits of Acct No. | Creditor | Collateral | Regular Payment | Arrearages |
|---|---|---|---|---|
|  |  |  |  |  |

3

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any co-debtor as to these creditors and lessors upon the filing of this Plan.

Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Collateral | Regular Payment |
|---|---|---|---|
|  |  |  |  |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral |
|---|---|---|
|  |  |  |
|  |  |  |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any co-debtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct No. | Creditor | Collateral to be surrendered |
|---|---|---|
| 6331 | Wahoo Vacation CLub<br>650 Stockton Drive<br>Sevierville TN 37876 | timeshare |

(I) Other Secured Claims. Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and in rem and in personam as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

|  |  |  |
|---|---|---|

4

6. **LEASES/EXECUTORY CONTRACTS.**

| Last 4 Digits of Acct No. | Creditor | Collateral | Assume/Reject - Surrender | Estimated Arrears |
|---|---|---|---|---|
| | | | | |

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $2.00 (to be paid in full after payment of all priority claims listed in section 3 & A above).

8. **ADDITIONAL PROVISIONS:**

    (A)  Unless otherwise ordered, Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

    (B)  Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

    (C)  Property of the estate (check one)*

    (1) __✓___ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) _____ shall vest in Debtor upon confirmation of the Plan.

    *If Debtor fails to check (a) or (b) above, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

    (D)  The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

    (E)  The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

5

(F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9. **NONCONFORMING PROVISIONS:**

_____
_____
_____

Dated this 16 day of December, 2016.

### CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a copy of the foregoing was furnished to Douglas W. Neway, Chapter 13 Trustee and all creditors, by CM/ECF electronic delivery, this 16 day of December, 2016.

                                                    Law Offices of Mickler & Mickler, LLP

                                                  By:_____
                                                  BRYAN K. MICKLER
                                                  Attorney for Debtors
                                                  5452 Arlington Expressway
                                                  Jacksonville, FL 32211
                                                  (904) 725-0822/FAX 725-0855
                                                  Florida Bar No. 091790
                                                  bkmickler@planlaw.com

_____
RENEE FARIS

_____
LINDSAY FARIS

| 16-Faris | 1st Pmt 1/15/2017 | Plan 60 | Unsec pct 7.001% | Unsec Amt $18,004.00 | Trustee % 10.0% | | ATTORNEY FEE $3,245.00 | ADMIN FEE $1,500.00 | SPS |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS | Unsecured $1,260.52 | | | Debtor Pmt $106,758.00 | Tee Fee $10,675.80 | | $3,245.00 | $1,500.00 | $85,249.80 |
| | | 60 | | | | | | | |
| 1/15/2017 | $0.00 | 1 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 2/15/2017 | $0.00 | 2 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 3/15/2017 | $0.00 | 3 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 4/15/2017 | $0.00 | 4 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 5/15/2017 | $0.00 | 5 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 6/15/2017 | $0.00 | 6 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 7/15/2017 | $0.00 | 7 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 8/15/2017 | $0.00 | 8 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 9/15/2017 | $0.00 | 9 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 10/15/2017 | $0.00 | 10 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 11/15/2017 | $0.00 | 11 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 12/15/2017 | $0.00 | 12 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 1/15/2018 | $0.00 | 13 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 2/15/2018 | $0.00 | 14 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 3/15/2018 | $0.00 | 15 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 4/15/2018 | $0.00 | 16 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 5/15/2018 | $0.00 | 17 | | $1,779.30 | $177.93 | | $175.00 | $25.00 | $1,420.83 |
| 6/15/2018 | $0.00 | 18 | | $1,779.30 | $177.93 | 18 at | $175.00 | $25.00 | $1,420.83 |
| 7/15/2018 | $0.00 | 19 | | $1,779.30 | $177.93 | 1 at | $95.00 | $25.00 | $1,420.83 |
| 8/15/2018 | $0.00 | 20 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 9/15/2018 | $0.00 | 21 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 10/15/2018 | $0.00 | 22 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 11/15/2018 | $0.00 | 23 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 12/15/2018 | $0.00 | 24 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 1/15/2019 | $0.00 | 25 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 2/15/2019 | $0.00 | 26 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 3/15/2019 | $0.00 | 27 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 4/15/2019 | $0.00 | 28 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 5/15/2019 | $0.00 | 29 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 6/15/2019 | $0.00 | 30 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 7/15/2019 | $0.00 | 31 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 8/15/2019 | $0.00 | 32 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 9/15/2019 | $0.00 | 33 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 10/15/2019 | $0.00 | 34 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 11/15/2019 | $0.00 | 35 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 12/15/2019 | $0.00 | 36 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 1/15/2020 | $0.00 | 37 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 2/15/2020 | $0.00 | 38 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 3/15/2020 | $0.00 | 39 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 4/15/2020 | $0.00 | 40 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 5/15/2020 | $0.00 | 41 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 6/15/2020 | $0.00 | 42 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 7/15/2020 | $0.00 | 43 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 8/15/2020 | $0.00 | 44 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 9/15/2020 | $0.00 | 45 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 10/15/2020 | $0.00 | 46 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 11/15/2020 | $0.00 | 47 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 12/15/2020 | $0.00 | 48 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 1/15/2021 | $0.00 | 49 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 2/15/2021 | $0.00 | 50 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 3/15/2021 | $0.00 | 51 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 4/15/2021 | $0.00 | 52 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 5/15/2021 | $35.52 | 53 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 6/15/2021 | $175.00 | 54 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 7/15/2021 | $175.00 | 55 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 8/15/2021 | $175.00 | 56 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 9/15/2021 | $175.00 | 57 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 10/15/2021 | $175.00 | 58 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 11/15/2021 | $175.00 | 59 | | $1,779.30 | $177.93 | | $0.00 | $25.00 | $1,420.83 |
| 12/15/2021 | $175.00 | 60 | 60 at | $1,779.30 | $177.93 | | $0.00 | 60 at $25.00 | $1,420.83 |
| | $1,260.52 | | | $106,758.00 | $10,675.80 | | $3,245.00 | $1,500.00 | $85,249.80 |
| Unsec Amt | $18,004.00 7.001% | | | | | | | | |

| 16-Faris | 1st Pmt 1/15/2017 | Plan 60 | IRS | | SPS Arrears | | Sweetbriar | | Chase | Wells Fargo |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | Unsecured $1,260.52 | | $1,109.10 $1,109.10 | | $2,147.38 $2,147.38 | | $2,738.00 $2,738.00 | | Claim Amt $10,442.40 | Claim Amt $9,668.40 |
| 1/15/2017 | $0.00 | 1 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 2/15/2017 | $0.00 | 2 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 3/15/2017 | $0.00 | 3 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 4/15/2017 | $0.00 | 4 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 5/15/2017 | $0.00 | 5 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 6/15/2017 | $0.00 | 6 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 7/15/2017 | $0.00 | 7 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 8/15/2017 | $0.00 | 8 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 9/15/2017 | $0.00 | 9 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 10/15/2017 | $0.00 | 10 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 11/15/2017 | $0.00 | 11 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 12/15/2017 | $0.00 | 12 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 1/15/2018 | $0.00 | 13 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 2/15/2018 | $0.00 | 14 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 3/15/2018 | $0.00 | 15 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 4/15/2018 | $0.00 | 16 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 5/15/2018 | $0.00 | 17 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 6/15/2018 | $0.00 | 18 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 7/15/2018 | $0.00 | 19 | $80.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 8/15/2018 | $0.00 | 20 | $175.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 9/15/2018 | $0.00 | 21 | $175.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 10/15/2018 | $0.00 | 22 | $175.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 11/15/2018 | $0.00 | 23 | $175.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 12/15/2018 | $0.00 | 24 | $175.00 | 24 at | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 1/15/2019 | $0.00 | 25 | $154.10 | 1 at | $20.90 | | $0.00 | | $174.04 | $161.14 |
| 2/15/2019 | $0.00 | 26 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 3/15/2019 | $0.00 | 27 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 4/15/2019 | $0.00 | 28 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 5/15/2019 | $0.00 | 29 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 6/15/2019 | $0.00 | 30 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 7/15/2019 | $0.00 | 31 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 8/15/2019 | $0.00 | 32 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 9/15/2019 | $0.00 | 33 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 10/15/2019 | $0.00 | 34 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 11/15/2019 | $0.00 | 35 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 12/15/2019 | $0.00 | 36 | $0.00 | | $175.00 | | $0.00 | | $174.04 | $161.14 |
| 1/15/2020 | $0.00 | 37 | $0.00 | 12 at | $175.00 | 37 at | $0.00 | | $174.04 | $161.14 |
| 2/15/2020 | $0.00 | 38 | $0.00 | 1 at | $26.48 | 1 at | $148.52 | | $174.04 | $161.14 |
| 3/15/2020 | $0.00 | 39 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 4/15/2020 | $0.00 | 40 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 5/15/2020 | $0.00 | 41 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 6/15/2020 | $0.00 | 42 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 7/15/2020 | $0.00 | 43 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 8/15/2020 | $0.00 | 44 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 9/15/2020 | $0.00 | 45 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 10/15/2020 | $0.00 | 46 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 11/15/2020 | $0.00 | 47 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 12/15/2020 | $0.00 | 48 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 1/15/2021 | $0.00 | 49 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 2/15/2021 | $0.00 | 50 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 3/15/2021 | $0.00 | 51 | $0.00 | | $0.00 | | $175.00 | | $174.04 | $161.14 |
| 4/15/2021 | $0.00 | 52 | $0.00 | | $0.00 | 14 at | $175.00 | | $174.04 | $161.14 |
| 5/15/2021 | $35.52 | 53 | $0.00 | | $0.00 | 1 at | $139.48 | | $174.04 | $161.14 |
| 6/15/2021 | $175.00 | 54 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 7/15/2021 | $175.00 | 55 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 8/15/2021 | $175.00 | 56 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 9/15/2021 | $175.00 | 57 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 10/15/2021 | $175.00 | 58 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 11/15/2021 | $175.00 | 59 | $0.00 | | $0.00 | | $0.00 | | $174.04 | $161.14 |
| 12/15/2021 | $175.00 | 60 | $0.00 | | $0.00 | | $0.00 | 60 at | $174.04 | 60 at $161.14 |
| | $1,260.52 | | $1,109.10 | | $2,147.38 | | $2,738.00 | | $10,442.40 | $9,668.40 |
| Unsec Amt | $18,004.00 7.001% | | | | | | | | | |