ORDERED.

Dated: March 21, 2017

_____
Paul M. Glenn
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:        LINDSAY N. FARIS
              RENEE MICHELE FARIS          CASE NO.: 3:16-bk-04578-PMG

              Debtors

### ORDER GRANTING MOTION TO VALUE SECURED CLAIM 6

Upon consideration of the Motion to Value claim 6 (Docket No. 34) secured by the 2012 Nissan Sentra, VIN: 3N1AB6AP8CL687672 against the Wells Fargo Bank, N.A., d/b/a Wells Fargo Financial Services (Account No.: 8190) which was served upon all interested parties on February 13, 2017, with Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 30 days of the date of service.  No party filed an objection within the time permitted. The Court therefore considers the matter to be unopposed. It is

**ORDERED:**

1. The Motion to Value Secured Claim 6 is granted pursuant to 11 U.S.C. § 506 (a).

2. The value of the 2012 Nissan Sentra, VIN: 3N1AB6AP8CL687672 is $8,750.00.

Bryan K. Mickler, Attorney for Debtors, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.