THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

LINDSAY N FARIS and
RENEE MICHELE FARIS

                    Debtors    /

CASE NO.: 3:16-bk-04578-CJJ
Chapter 13

Estimated Time if a hearing is required:
10 Minutes

TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

COMES NOW, DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE, pursuant to Bankruptcy Rule 3002.1(f) who hereby gives notice that the above referenced Debtors have completed the Confirmed Chapter 13 Bankruptcy Plan by making all required payments. Accordingly, the Debtors have paid in full the amount required to cure any default on Claim 12 of U S Bank Trust National Association. This creditor shall forever be barred from seeking to collect any indebtedness stemming from the course of the bankruptcy proceeding, including, but not limited to: late penalties or fees, post petition attorney fees and costs of collection not approved by the Court, and miscalculated interest due to misapplication of payments as those payments were received from the Trustee.

The holder of the claim is obligated to file and serve a response to this Notice pursuant to F.R.B.P. Rule 3002.1(g) within 21 days of the service of this Notice.

WHEREFORE the Trustee hereby gives notice of the completion of the Confirmed Chapter 13 plan and notice that the account due and owing to U S Bank Trust National Association is deemed current under the terms of the confirmed plan with no further Order being needed unless a timely objection is filed.

/s/ Douglas W. Neway
DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida  32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was served by electronic transmission, facsimilie transmission, and/or U. S. Mail on this 6th day of August, 2020 to the following:

Bryan K Mickler Esquire, Law Offices Of Mickler & Mickler, 5452 Arlington Expressway Jacksonville, FL 32211
Lindsay N Faris and Renee Michele Faris, 3777 Woodbriar Drive, Orange Park, FL 32073
U S Bank Trust National Association, C/O Sn Servicing Corporation, 323 5Th St  Eureka, CA 95501
Us Bank, C/O Sn Servicing, 323 5Th St, Eureka, Ca 95501

/s/ Douglas W. Neway